# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES,<br>LLC, et al., [1]<br><br>                    Remaining Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,<br>                    Plaintiff,<br>vs.<br>Sylvan & Jeannette Jutte,<br>Brian & Robin Korkus,<br>Delton & Jean Christman,<br>Floyd & Lavonne Davis,<br>George & Charlene Iwahiro,<br>Toomas & Pamela Heinmets,<br>Janet V. Dues,<br>Dena Falkenstein,<br>Judy Karen Goodin,<br>Denis W. Hueth,<br>Christian Lester,<br>Jane Marshall,<br>Laurence J. Nakasone,<br>Blaine Phillips,<br>George Edward Sargent,<br>Jeff Schuster,<br>Jennifer Tom,<br>Anita Bedoya & Mark Bedoya,<br>Anita Bedoya & Julian Duran,<br>Ronald Cole,<br>Ronald Draper,<br>Lawrence J. Paynter,<br>Nannette Tibbitts,<br>Clayton Nakasone,<br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br>A.P. No. 19-50308 (JKS)<br>A.P. No. 19-50309 (JKS)<br>A.P. No. 19-50314 (JKS)<br>A.P. No. 19-50317 (JKS)<br>A.P. No. 19-50319 (JKS)<br>A.P. No. 19-50322 (JKS)<br>A.P. No. 19-50328 (JKS)<br>A.P. No. 19-50329 (JKS)<br>A.P. No. 19-50330 (JKS)<br>A.P. No. 19-50331 (JKS)<br>A.P. No. 19-50332 (JKS)<br>A.P. No. 19-50335 (JKS)<br>A.P. No. 19-50337 (JKS)<br>A.P. No. 19-50338 (JKS)<br>A.P. No. 19-50340 (KLS)<br>A.P. No. 19-50341 (JKS)<br>A.P. No. 19-50342 (JKS)<br>A.P. No. 19-50343 (JKS)<br>A.P. No. 19-50344 (JKS)<br>A.P. No. 19-50346 (JKS)<br>A.P. No. 19-50347 (JKS)<br>A.P. No. 19-50351 (JKS)<br>A.P. No. 19-50353 (JKS)<br>A.P. No. 19-50382 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3606) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

## ORDER DENYING SCHEDULING MOTION

Upon consideration of the *Motion to Include the Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan on the Matters Scheduled for the May 19, 2021 Status Conference at 9:00 a.m.* (the "Scheduling Motion"); and the Court having reviewed the Woodbridge Liquidation Trust's objection to the Scheduling Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and notice of the Scheduling Motion was sufficient under the circumstances; and after due deliberation;

**IT IS HEREBY ORDERED** that the Motion is denied.

Dated: May 13, 2021

**Dated: May 13th, 2021**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**